# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| Thomas E. Perez </br> *Plaintiff* </br> v. </br> Adam Vinoskey, et al. </br> *Defendant* | Case No. 6:16-CV-00062-NKM |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Evolve Bank and Trust and Michael New

Date: 12/19/2016

/s/ Thomas R. Waskom
*Attorney's signature*

Thomas R. Waskom #68761
*Printed name and bar number*

Hunton & Williams LLP
951 East Byrd Street
Richmond, Virginia 23219

*Address*

twaskom@hunton.com
*E-mail address*

804-788-8403
*Telephone number*

804-343-4868
*FAX number*